

No attorney of record on appeal for appellant.

Leon B. Douglas, State's Atty., Austin, for the State.

PER CURIAM.

The offense is driving while intoxicated; the punishment, three days in jail and a fine of $50.

The record on appeal contains no statement of facts or bills of exception. All proceedings appear to be regular and nothing is presented for review. The judgment is affirmed.

Nathan Raymond WINGATE, Appellant,

v.

The STATE of Texas, Appellee.

No. 28274.

Court of Criminal Appeals of Texas.

March 21, 1956.

No attorney on appeal for appellant.

Leon B. Douglas, State's Atty., Austin, for the State.

PER CURIAM.

This is a conviction for the felony offense of drunken driving, with punishment assessed at ninety days in jail.

Appellant has filed his affidavit stating that he desires to have his appeal in this case dismissed.

Accordingly, the appeal is dismissed.

Homer WILLIAMS, Appellant,

v.

The STATE of Texas, Appellee.

No. 28106.

Court of Criminal Appeals of Texas.

Feb. 29, 1956.

No attorney on appeal for appellant.

Leon B. Douglas, State's Atty., Austin, for the State.

PER CURIAM.

The offense is driving while intoxicated; the punishment, 3 days in jail and a fine of $50.

The record on appeal contains no statement of facts or bills of exception. All proceedings appear to be regular and nothing is presented for review. The judgment is affirmed.

**Billy VAN PRICHARD, Appellant,**

v.

**The STATE of Texas, Appellee.**

No. 28107.

Court of Criminal Appeals of Texas.

Feb. 29, 1956.

No attorney on appeal for appellant.

Leon B. Douglas, State's Atty., Austin, for the State.

PER CURIAM.

The offense is driving while intoxicated; the punishment, 3 days in jail and a fine of $50.

The record on appeal contains no statement of facts or bills of exception. All proceedings appear to be regular and nothing is presented for review. The judgment is affirmed.

**J. T. BEACH, Appellant,**

v.

**Mrs. Nell S. (John D.) McKENNEY, Appellee.**

No. 3331.

Court of Civil Appeals of Texas. Waco.

March 1, 1956.

Rehearing Denied March 22, 1956.

